UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTEN BENNETT,     §<br>               §<br>   Plaintiff,       §<br>               §<br>v.             §   CIVIL ACTION NO. 3:22-CV-0289-B<br>               §<br>TARRANT COUNTY COLLEGE §<br>DISTRICT,         §<br>               §<br>   Defendant.      § | |

## ORDER

For the first time, in the parties' Joint Pretrial Order (Doc. 87), the parties dispute when Plaintiff Dr. Kristen Bennett engaged in a Title VII protected activity. On December 30, 2021, Dr. Bennett notified Defendant Tarrant County College District ("TCCD") that she intended to file a charge with the EEOC, but she did not file her charge until February 1, 2022. Doc. 87, Joint Pretrial Order, 2 n.1. TCCD now argues that Dr. Bennett's December 30 notification was not activity protected by Title VII, and therefore Dr. Bennett did not engage in a protected activity until February 1, 2022, which was after her employment with TCCD ended. *Id.* at 2. This issue has not been previously raised by either party.

Accordingly, the Court **ORDERS** each party to submit briefing on whether Dr. Bennett engaged in a protected activity when she notified TCCD that she intended to file a charge with the EEOC. The parties' briefs are due no later than **Tuesday, October 17, 2023**.

-1-

SO ORDERED.

SIGNED: October 12, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE