UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. KRISTEN BENNETT, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-0289-B |
| TARRANT COUNTY COLLEGE DISTRICT, | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Before the Court is Plaintiff Dr. Kristen Bennett's Motion for Entry of Judgment (Doc. 98). On **November 1, 2023**, this Court granted Dr. Bennett's Motion to Dismiss (Doc. 95) her Title VII retaliation claim with prejudice. Doc. 113, Order. This was Dr. Bennet's last remaining claim. Accordingly, the Court **GRANTS** the Motion for Entry of Judgment (Doc. 98) and delivers the following ruling:

It is **ORDERED** that the claims and causes of action asserted by the parties herein are hereby **DISMISSED WITH PREJUDICE**. This is a **FINAL JUDGMENT** in this action. The Clerk of Court is directed to close this case.

SO ORDERED.

SIGNED: November 1, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-